IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:04CV243

| | |
|---|---|
| IN RE: ) | |
|    Sexton Dairy Farm, N.C. ) | |
|    General Partnership ) | Chapter 12 |
| ) | Case No. 00-10347 |
|    Debtor ) | |
| _____ ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| **IN RE:** ) | |
| ) | **Case No.: 00-10347** |
| **Sexton Dairy Farm** ) | **Chapter 12** |
|    **Debtor** ) | |
| _____ ) | |
| **James L. Sexton, Jr.** ) | **Case No.: 00-10349** |
|    **Debtor** ) | **Chapter 12** |
| _____ ) | |
| **Charles E. Sexton** ) | **Case No.: 00-10348** |
|    **Debtor** ) | **Chapter 12** |
| _____ ) | |

**OBJECTION TO TRANSCRIPT DATED OCTOBER 20, 2004**

    **NOW COMES** the Trustee, Marc Rudow, through counsel, and responds and objects to the Transcript of the Court Proceeding held on October 20, 2004 prepared by Scott A. Huseby, Sr., and as submitted to the United States District Court by the Debtor/Appellant, and in support of the Objection shows unto the Court that it is the Trustee's position that there is a transcription error on page 3, line 12 of the Transcript. At the time of the hearing, the attorney for the Trustee, Ms. Mann, stated: "Of all the things I'd **thought** would have happened today. . ." She did not say "Of all things I'd **loved** to have happened today. . ." as transcribed in the Transcript.

    **WHEREFORE**, the Trustee requests the Court direct that the Transcript be corrected and a new Transcript be submitted to the United States District Court for purposes of the Record on Appeal and for such other further relief as this Court deems just and reasonable.

R&S:418274.1

This the 12th day of January, 2005.

                                    MARJORIE R. MANN
                                    Attorney for Trustee
                                    P. O. Box 7647
                                    Asheville, NC 28802
                                    (828) 252-6600
                                    State Bar No. 13202

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Objection to Transcript Dated October 20, 2004 was served upon the following by mailing a copy of the same by first-class postage prepaid mail addressed as follows:

| | |
|---|---|
| David Gray<br>81 Central Avenue<br>Asheville, NC 28801 | John Bramlett, Bankruptcy Administrator<br>U.S. Bankruptcy Court<br>402 West Trade Street, Suite 200<br>Charlotte, NC 28202-0200 |
| Mark Pinkston<br>P. O. Box 7376<br>Asheville, NC 28802 | Paul Taylor<br>Room 233, US Courthouse<br>100 Otis Street<br>Asheville, NC 28801 |
| Sexton Dairy Farm<br>c/o James L. Sexton, Jr.<br>436 Crab Creek Road<br>Hendersonville, NC 28739 | T. Bentley Leonard<br>274 Merrimon Ave.<br>Asheville, NC 28801 |
| James L. Sexton, Jr.<br>436 Crab Creek Road<br>Hendersonville, NC 28739 | Charles Sexton<br>P. O. Box 3035<br>Hendersonville, NC 28793 |

This the 12th day of January, 2005.

                                    Marjorie R. Mann

R&S:418274.1